# EXHIBIT C

**ARROW ELECTRONICS, INC.**
ARROW ELECTRONICS COMPONENTS GROUP
800 FAIRWAY DRIVE STE 150
DEERFIELD BEACH, FL 33441

# INVOICE REPRINT

| | |
|---|---|
| INVOICE NO. | 4330345 |
| DATE | 04/04/12 |

| SOLD TO | SHIP TO | Remit To: |
|---|---|---|
| ATTN ACCTS PAYABLE DEPT. | NET TALK COM INC | 13469 COLLECTIONS CTR DR |
| NET TALK.COM INC. | NO 3B SHATOUXIANG IND ZONE | CHICAGO, IL |
| 1080 NW 163RD DRIVE | CHANGZHEN VILLAGE GONGMING TN | 60693-0134 |
| MIAMI FL 33169 | GAUNGMING DISTRICT | |
| | SHENZHEN CHINA 518132 | *** PLEASE ENSURE ALL PAYMENTS ARE FORWARDED TO THE ADDRESS ABOVE *** |

**CUSTOMER ORDER NO.**
1114

| SALES ORDER NO. | BRANCH | CUSTOMER NO. | T.C | DATE OF ORDER | BUYER | F.O.B. | TERMS |
|---|---|---|---|---|---|---|---|
| 6715435-02 | FL | 49479 | 100 | 08/04/11 | ANGELA | 1-ORIGIN | NET 90 DAYS |

| SALESMAN IN/OUT | DATE SHIPPED | SHIPPED VIA | | | | CONTRACT NO. | PRIORITY RATING |
|---|---|---|---|---|---|---|---|
| FL 5/AC | 04/04/12 | DHL INTL PPD | | | | | |

| ITEM | QTY. ORD. | QTY. SHIP. | PRODUCT DESCRIPTION | PER | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 03 | 50000 | 10000 | MK60DN512ZVLQ10 FREESCAL KINETIS 512K ENET | EA | 5.3200 | 53,200.00 |

| | |
|---|---|
| | 53,200.00 |
| TAX | 0.00 |
| FREIGHT/ENERGY | 257.11 |
| PAY THIS AMT | 53,457.11 |
| | *** U S CURRENCY *** |

THANK YOU FOR YOUR BUSINESS

ANY QUESTIONS RELATING TO THIS INVOICE,
PLEASE CONTACT: FINANCIAL SERVICES @ 303-566-7066

WAYBILL NUMBERS
1269575521

ALL QUANTITIES HAVE BEEN CHECKED TWICE. ALL CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 10 DAYS FROM DELIVERY. NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION.
THIS SHIPMENT IS MADE SUBJECT TO ARROW'S TERMS AND CONDITIONS OF SALE.

YOUR COPY

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO: 13469 COLLECTIONS CTR DR
CHICAGO, IL
60693-0134

| | | | |
|---|---|---|---|
| CUSTOMER NO: | 49479 | ORDER TOTAL: | 53,200.00 |
| | NET TALK.COM INC. | TAX: | 0.00 |
| INVOICE DATE: | 04/04/12 | FREIGHT/ENERGY: | 257.11 |
| INVOICE NO: | 4330345 | | |
| CUSTOMER ORDER NO: | 1114 | | *** U S CURRENCY *** |
| | | PAY THIS AMT: | 53,457.11 |

**ARROW**

PAGE 1

**ARROW ELECTRONICS, INC.**
ARROW ELECTRONICS COMPONENTS GROUP
800 FAIRWAY DRIVE STE 150
DEERFIELD BEACH, FL 33441

# INVOICE REPRINT

| | |
|---|---|
| INVOICE NO. | 4337061 |
| DATE | 04/05/12 |

| SOLD TO | SHIP TO | Remit To: |
|---|---|---|
| ATTN ACCTS PAYABLE DEPT. | NET TALK COM INC | 13469 COLLECTIONS CTR DR |
| NET TALK.COM INC. | NO 3B SHATOUXIANG IND ZONE | CHICAGO, IL |
| 1080 NW 163RD DRIVE | CHANGZHEN VILLAGE GONGMING TN | 60693-0134 |
| MIAMI FL 33169 | GAUNGMING DISTRICT | |
| | SHENZHEN CHINA 518132 | *** PLEASE ENSURE ALL PAYMENTS ARE FORWARDED TO THE ADDRESS ABOVE *** |

**CUSTOMER ORDER NO.**
1114

| SALES ORDER NO. | BRANCH | CUSTOMER NO. | T.C | DATE OF ORDER | BUYER | F.O.B. | TERMS |
|---|---|---|---|---|---|---|---|
| 6715435-03 | FL | 49479 | 100 | 08/04/11 | ANGELA | 1-ORIGIN | NET 90 DAYS |

| SALESMAN IN/OUT | DATE SHIPPED | SHIPPED VIA | | | | CONTRACT NO. | PRIORITY RATING |
|---|---|---|---|---|---|---|---|
| FL 5/AC | 04/05/12 | DHL INTL PPD | | | | | |

| ITEM | QTY. ORD. | QTY. SHIP. | PRODUCT DESCRIPTION | PER | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 08 | 10000 | 10000 | MK60DN512ZVLQ10 FREESCAL KINETIS 512K ENET | EA | 5.3200 | 53,200.00 |

|  |  |
|---|---|
|  | 53,200.00 |
| TAX | 0.00 |
| FREIGHT/ENERGY | 257.11 |
| PAY THIS AMT | 53,457.11 |
|  | *** U S CURRENCY *** |

THANK YOU FOR YOUR BUSINESS

ANY QUESTIONS RELATING TO THIS INVOICE,
PLEASE CONTACT: FINANCIAL SERVICES @ 303-566-7066

WAYBILL NUMBERS
1269576862

ALL QUANTITIES HAVE BEEN CHECKED TWICE. ALL CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 10 DAYS FROM DELIVERY. NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION.
THIS SHIPMENT IS MADE SUBJECT TO ARROW'S TERMS AND CONDITIONS OF SALE.

YOUR COPY

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO: 13469 COLLECTIONS CTR DR
CHICAGO, IL
60693-0134

| | | | |
|---|---|---|---|
| CUSTOMER NO: | 49479 | ORDER TOTAL: | 53,200.00 |
| | NET TALK.COM INC. | TAX: | 0.00 |
| INVOICE DATE: | 04/05/12 | FREIGHT/ENERGY: | 257.11 |
| INVOICE NO: | 4337061 | | |
| CUSTOMER ORDER NO: | 1114 | | *** U S CURRENCY *** |
| | | PAY THIS AMT: | 53,457.11 |

**ARROW ELECTRONICS, INC.**
ARROW ELECTRONICS COMPONENTS GROUP
800 FAIRWAY DRIVE STE 150
DEERFIELD BEACH, FL 33441

# INVOICE REPRINT

| | |
|---|---|
| INVOICE NO. | 4652005 |
| DATE | 05/22/12 |

| SOLD TO | SHIP TO | Remit To: |
|---|---|---|
| ATTN ACCTS PAYABLE DEPT. | NET TALK COM INC | 13469 COLLECTIONS CTR DR |
| NET TALK.COM INC. | NO 3B SHATOUXIANG IND ZONE | CHICAGO, IL |
| 1080 NW 163RD DRIVE | CHANGZHEN VILLAGE GONGMING TN | 60693-0134 |
| MIAMI FL 33169 | GAUNGMING DISTRICT | |
| | SHENZHEN CHINA 518132 | *** PLEASE ENSURE ALL PAYMENTS ARE FORWARDED TO THE ADDRESS ABOVE *** |

**CUSTOMER ORDER NO.**
1114

| SALES ORDER NO. | BRANCH | CUSTOMER NO. | T.C | DATE OF ORDER | BUYER | F.O.B. | TERMS |
|---|---|---|---|---|---|---|---|
| 6715435-04 | FL | 49479 | 100 | 08/04/11 | ANGELA | 1-ORIGIN | NET 90 DAYS |
| SALESMAN IN/OUT | DATE SHIPPED | SHIPPED VIA | | | | CONTRACT NO. | PRIORITY RATING |
| FL 5/AC | 05/22/12 | DHL INTL PPD | | | | | |

| ITEM | QTY. ORD. | QTY. SHIP. | PRODUCT DESCRIPTION | PER | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 09 | 10000 | 10000 | MK60DN512ZVLQ10 FREESCAL KINETIS 512K ENET | EA | 5.3200 | 53,200.00 |

| | | |
|---|---|---|
| | | 53,200.00 |
| THANK YOU FOR YOUR BUSINESS | TAX | 0.00 |
| | FREIGHT/ENERGY | 259.15 |
| | PAY THIS AMT | 53,459.15 |
| | *** U S CURRENCY *** | |

ANY QUESTIONS RELATING TO THIS INVOICE,
PLEASE CONTACT: FINANCIAL SERVICES @ 303-566-7066

**WAYBILL NUMBERS**
1269628695

ALL QUANTITIES HAVE BEEN CHECKED TWICE. ALL CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 10 DAYS FROM DELIVERY. NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION. THIS SHIPMENT IS MADE SUBJECT TO ARROW'S TERMS AND CONDITIONS OF SALE.

**YOUR COPY**

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO: 13469 COLLECTIONS CTR DR
CHICAGO, IL
60693-0134

| | | | |
|---|---|---|---|
| CUSTOMER NO: | 49479 | ORDER TOTAL: | 53,200.00 |
| | NET TALK.COM INC. | TAX: | 0.00 |
| INVOICE DATE: | 05/22/12 | FREIGHT/ENERGY: | 259.15 |
| INVOICE NO: | 4652005 | | |
| CUSTOMER ORDER NO: | 1114 | | *** U S CURRENCY *** |
| | | PAY THIS AMT: | 53,459.15 |

# ARROW ELECTRONICS, INC.
ARROW ELECTRONICS COMPONENTS GROUP
800 FAIRWAY DRIVE STE 150
DEERFIELD BEACH, FL 33441

# INVOICE REPRINT

| | |
|---|---|
| INVOICE NO. | 4809209 |
| DATE | 06/14/12 |

| SOLD TO | SHIP TO | Remit To: |
|---|---|---|
| ATTN ACCTS PAYABLE DEPT. | SHENZHEN BAIQIANCHENG ELTRNIC | 13469 COLLECTIONS CTR DR |
| NET TALK.COM INC. | NO 3B SHATOUXIANG IND ZONE | CHICAGO, IL |
| 1080 NW 163RD DRIVE | CHANGZHEN VILLAGE GONGMING TN | 60693-0134 |
| MIAMI FL 33169 | GAUNGMING DISTRICT | |
| | SHENZHEN CHINA 518132 | *** PLEASE ENSURE ALL PAYMENTS ARE FORWARDED TO THE ADDRESS ABOVE *** |

### CUSTOMER ORDER NO.
1114

| SALES ORDER NO. | BRANCH | CUSTOMER NO. | T.C | DATE OF ORDER | BUYER | F.O.B. | TERMS |
|---|---|---|---|---|---|---|---|
| 1320180-01 | FL | 49479 | 100 | 06/14/12 | ANGELA | 1-ORIGIN | NET 90 DAYS |

| SALESMAN IN/OUT | DATE SHIPPED | SHIPPED VIA | | CONTRACT NO. | PRIORITY RATING |
|---|---|---|---|---|---|
| FL 5/AC | 06/14/12 | DHL INTL PPD | | | |

| ITEM | QTY. ORD. | QTY. SHIP. | PRODUCT DESCRIPTION | PER | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 01 | 10000 | 10000 | MK60DN512ZVLQ10 FREESCAL KINETIS 512K ENET | EA | 5.3200 | 53,200.00 |

| | |
|---|---|
| | 53,200.00 |
| TAX | 0.00 |
| FREIGHT/ENERGY | 257.11 |
| PAY THIS AMT | 53,457.11 |
| | *** U S CURRENCY *** |

THANK YOU FOR YOUR BUSINESS

ANY QUESTIONS RELATING TO THIS INVOICE,
PLEASE CONTACT: FINANCIAL SERVICES @ 303-566-7066

WAYBILL NUMBERS
1269655601

ALL QUANTITIES HAVE BEEN CHECKED TWICE. ALL CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 10 DAYS FROM DELIVERY. NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION.
THIS SHIPMENT IS MADE SUBJECT TO ARROW'S TERMS AND CONDITIONS OF SALE.

YOUR COPY

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO: 13469 COLLECTIONS CTR DR
CHICAGO, IL
60693-0134

| | | | |
|---|---|---|---|
| CUSTOMER NO: | 49479 | ORDER TOTAL: | 53,200.00 |
| | NET TALK.COM INC. | TAX: | 0.00 |
| INVOICE DATE: | 06/14/12 | FREIGHT/ENERGY: | 257.11 |
| INVOICE NO: | 4809209 | | |
| CUSTOMER ORDER NO: | 1114 | | *** U S CURRENCY *** |
| | | PAY THIS AMT: | 53,457.11 |

**ARROW ELECTRONICS, INC.**
ARROW ELECTRONICS COMPONENTS GROUP
800 FAIRWAY DRIVE STE 150
DEERFIELD BEACH, FL 33441

# INVOICE REPRINT

| | |
|---|---|
| INVOICE NO. | 4928865 |
| DATE | 07/02/12 |

| SOLD TO | SHIP TO | Remit To: |
|---|---|---|
| ATTN ACCTS PAYABLE DEPT. | SHENZHEN BAIQIANCHENG ELTRNIC | 13469 COLLECTIONS CTR DR |
| NET TALK.COM INC. | NO 3B SHATOUXIANG IND ZONE | CHICAGO, IL |
| 1080 NW 163RD DRIVE | CHANGZHEN VILLAGE GONGMING TN | 60693-0134 |
| MIAMI FL 33169 | GAUNGMING DISTRICT | |
| | SHENZHEN CHINA 518132 | *** PLEASE ENSURE ALL PAYMENTS ARE FORWARDED TO THE ADDRESS ABOVE *** |

**CUSTOMER ORDER NO.**
1114

| SALES ORDER NO. | BRANCH | CUSTOMER NO. | T.C | DATE OF ORDER | BUYER | F.O.B. | TERMS |
|---|---|---|---|---|---|---|---|
| 6715435-05 | FL | 49479 | 100 | 08/04/11 | ANGELA | 1-ORIGIN | NET 90 DAYS |

| SALESMAN IN/OUT | DATE SHIPPED | SHIPPED VIA | | | | CONTRACT NO. | PRIORITY RATING |
|---|---|---|---|---|---|---|---|
| FL 5/AC | 07/02/12 | DHL INTL PPD | | | | | |

| ITEM | QTY. ORD. | QTY. SHIP. | PRODUCT DESCRIPTION | PER | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 11 | 50000 | 9015 | MK60DN512ZVLQ10 FREESCAL KINETIS 512K ENET | EA | 5.3200 | 47,959.80 |

| | |
|---|---:|
| | 47,959.80 |
| TAX | 0.00 |
| FREIGHT/ENERGY | 246.86 |
| PAY THIS AMT | 48,206.66 |
| | *** U S CURRENCY *** |

THANK YOU FOR YOUR BUSINESS

ANY QUESTIONS RELATING TO THIS INVOICE,
PLEASE CONTACT: FINANCIAL SERVICES @ 303-566-7066

WAYBILL NUMBERS
1269677710

ALL QUANTITIES HAVE BEEN CHECKED TWICE. ALL CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 10 DAYS FROM DELIVERY. NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION.
THIS SHIPMENT IS MADE SUBJECT TO ARROW'S TERMS AND CONDITIONS OF SALE.

YOUR COPY

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO: 13469 COLLECTIONS CTR DR
CHICAGO, IL
60693-0134

| | | | |
|---|---:|---|---:|
| CUSTOMER NO: | 49479 | ORDER TOTAL: | 47,959.80 |
| | NET TALK.COM INC. | TAX: | 0.00 |
| INVOICE DATE: | 07/02/12 | FREIGHT/ENERGY: | 246.86 |
| INVOICE NO: | 4928865 | | |
| CUSTOMER ORDER NO: | 1114 | | *** U S CURRENCY *** |
| | | PAY THIS AMT: | 48,206.66 |

| | ARROW ELECTRONICS, INC. | INVOICE REPRINT | |
|---|---|---|---|
| **arrow** | ARROW ELECTRONICS COMPONENTS GROUP | | |
| | 800 FAIRWAY DRIVE STE 150 | INVOICE NO. | 4956450 |
| PAGE 1 | DEERFIELD BEACH, FL 33441 | DATE | 07/06/12 |

| SOLD TO | SHIP TO | Remit To: |
|---|---|---|
| ATTN ACCTS PAYABLE DEPT. | SHENZHEN BAIQIANCHENG ELTRNIC | 13469 COLLECTIONS CTR DR |
| NET TALK.COM INC. | NO 3B SHATOUXIANG IND ZONE | CHICAGO, IL |
| 1080 NW 163RD DRIVE | CHANGZHEN VILLAGE GONGMING TN | 60693-0134 |
| MIAMI FL 33169 | GAUNGMING DISTRICT | |
| | SHENZHEN CHINA 518132 | *** PLEASE ENSURE ALL PAYMENTS ARE FORWARDED TO THE ADDRESS ABOVE *** |

CUSTOMER ORDER NO.
1114

| SALES ORDER NO. | BRANCH | CUSTOMER NO. | T.C | DATE OF ORDER | BUYER | F.O.B. | TERMS |
|---|---|---|---|---|---|---|---|
| 6715435-06 | FL | 49479 | 100 | 08/04/11 | ANGELA | 1-ORIGIN | NET 90 DAYS |

| SALESMAN IN/OUT | DATE SHIPPED | SHIPPED VIA | | | | CONTRACT NO. | PRIORITY RATING |
|---|---|---|---|---|---|---|---|
| FL 5/AC | 07/06/12 | DHL INTL PPD | | | | | |

| ITEM | QTY. ORD. | QTY. SHIP. | PRODUCT DESCRIPTION | PER | UNIT PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 11 | 50000 | 1020 | MK60DN512ZVLQ10 | EA | 5.3200 | 5,426.40 |
| | | | FREESCAL | | | |
| | | | KINETIS 512K ENET | | | |

| | | |
|---|---|---|
| | | 5,426.40 |
| THANK YOU FOR YOUR BUSINESS | TAX | 0.00 |
| | FREIGHT/ENERGY | 56.35 |
| | PAY THIS AMT | 5,482.75 |
| | *** U S CURRENCY *** | |

ANY QUESTIONS RELATING TO THIS INVOICE,
PLEASE CONTACT: FINANCIAL SERVICES @ 303-566-7066

WAYBILL NUMBERS
1269683881

ALL QUANTITIES HAVE BEEN CHECKED TWICE. ALL CLAIMS FOR SHORTAGES MUST BE MADE WITHIN 10 DAYS FROM DELIVERY. NO RETURNS WILL BE ACCEPTED WITHOUT PRIOR AUTHORIZATION. THIS SHIPMENT IS MADE SUBJECT TO ARROW'S TERMS AND CONDITIONS OF SALE.

YOUR COPY

PLEASE RETURN THIS PORTION WITH YOUR REMITTANCE TO: 13469 COLLECTIONS CTR DR
CHICAGO, IL
60693-0134

| | | | |
|---|---|---|---|
| CUSTOMER NO: | 49479 | ORDER TOTAL: | 5,426.40 |
| | NET TALK.COM INC. | TAX: | 0.00 |
| INVOICE DATE: | 07/06/12 | FREIGHT/ENERGY: | 56.35 |
| INVOICE NO: | 4956450 | | |
| CUSTOMER ORDER NO: | 1114 | | *** U S CURRENCY *** |
| | | PAY THIS AMT: | 5,482.75 |