UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:12-CV-23366-MORENO

ARROW ELECTRONICS, INC.,

    Plaintiff,

v.

NET TALK.COM, INC.,

    Defendant.
_____/

## STIPULATED FINAL JUDGMENT

Net Talk.Com, Inc. ("Defendant") having confessed and stipulated to the entry of a final and binding judgment against it and in favor of Arrow Electronics, Inc. ("Arrow") and other good cause appearing therefore, the court hereby FINDS, ORDERS, ADJUDGES, AND DECREES that:

1. Final and binding judgment is entered in favor of Arrow and against Defendant for the total amount of $318,967.68, with post-judgment interest to accrue thereon at the maximum rate allowed by applicable law.

2. The judgment amount is calculated based upon the following:

(a) $497,938.68, which is the amount Defendant agreed to pay to Arrow under the parties' Settlement Agreement and Release (the "Settlement Amount");

(b) less $190,000, which is the amount that has been paid to Arrow by Defendant pursuant to the parties' Settlement Agreement and Release;

(c)   more $11,029, which is the reasonable attorneys' fees and costs incurred by Arrow to pursue this matter to judgment (not already accounted for in the parties' Settlement Agreement and Release).

3.   It is further ordered that this Judgment shall be augmented in the amount of Arrow's reasonable costs and attorneys' fees expended in enforcing this Judgment as shall be established by affidavit by Arrow.

IT IS SO ORDERED.

DATED this 24 day of June, 2013.

F. MORENO